## COMMISSIONER OF INTERNAL REVENUE *v.* SHAW-WALKER CO.

No. 95. Decided January 27, 1969.

*Solicitor General Griswold* for petitioner.

*Richard E. Nolan* and *John P. Carroll, Jr.,* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment is vacated. The case is remanded to the Court of Appeals for further consideration in light of *United States* v. *Donruss Co., ante,* p. 297.